UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHEW STRINGER | CIVIL ACTION |
| VERSUS | NO. 08-4185 |
| ELEVATING BOATS, INC. | SECTION "C" (2) |

**ORDER ON MOTION**

APPEARANCES: None (on the briefs)

MOTION: Defendant's Rule 37 Motion for Sanctions, Record Doc. No. 11

O R D E R E D:

 XXX : DENIED. The court previously entered an order in response to defendant's motion to compel responses to interrogatories and requests for production of documents. Record Doc. No. 10. The court first ordered plaintiff, Matthew Stringer, to provide defendant with his written discovery responses within ten (10) days of entry of the court's January 21, 2009 order. The court imposed a sanction of $450 in attorney's fees for plaintiff's complete failure to provide any responses to discovery requests that were served on September 10, 2008, which necessitated the filing by defendant of a motion to compel.

Defendant alleges that plaintiff has failed to comply with the court's previous order and now moves for sanctions, including dismissal of plaintiff's action, and for an award of attorney's fees incurred in filing the instant motion. However, plaintiff's letter to the court dated February 6, 2009 (filed separately in the record) and opposition memorandum indicate that plaintiff's counsel has now provided responses to defendant's discovery requests. Record Doc. No. 12, Plaintiff's Memorandum in Opposition.

Because plaintiff complied with the court's order to provide written responses to defendant's discovery requests (albeit later than the court had ordered), the motion is denied to the extent that it requests the harsh sanction of dismissal of this action. The discovery deadline is still almost four months away, and trial of this matter is not scheduled until July 20, 2009. The draconian sanction of dismissal is reserved exclusively for contumacious and continuing discovery misconduct. Doe v. American

Airlines, 283 Fed. Appx. 289, 2008 WL 2570789, at *2 (5th Cir. 2008), cert. denied, 129 S. Ct. 1003 (2009) (citing Federal Deposit Ins. Corp. v. Conner, 20 F.3d 1376, 1381 (5th Cir. 1994)); Davis v. Auto Club Family Ins. Co., No. 07-8545, 2008 WL 5110619, at *1 (E.D. La. Dec. 2, 2008) (Vance, J.) (citing Federal Deposit Ins. Corp., 20 F.3d at 1380-81). While plaintiff's conduct in providing discovery responses has been dilatory, I cannot find that contumacious conduct warranting harsher sanctions is justified at this time. Accordingly, dismissal or other non-monetary discovery sanctions are not warranted. I also decline to award further monetary sanctions. The previous award, which has been paid, is sufficient, particularly given the absence in connection with this motion of the certification required by Local Rule 37.1E.

New Orleans, Louisiana, this __18th__ day of February, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE